# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GABRIELA REDA,<br><br>        Plaintiff,<br><br>v.<br><br>ACADEMY SPINE & PHYSICAL THERAPY LLC, *et al.*,<br><br>        Defendants. | Civil Action No.<br><br>24-5445 (JKS) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

      **THIS MATTER** having come before the Court by way of a February 5, 2025 telephone conference before the undersigned, and for good cause shown,

      **IT IS, on this 5th day of February 2025, ORDERED** that the pretrial schedule is hereby amended as follows:

1. Fact discovery is extended for a **FINAL** time through **May 30, 2025**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. Defendants may serve ten (10) interrogatories and requests for production of documents (limited to fifteen (15) categories of information) on or before **February 14, 2025**.

3. The parties shall appear for a telephonic status conference before the undersigned on **April 28, 2025 at 2:30 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (973) 437-5535, access code 457 169 084#.

4. The parties shall appear for a settlement conference before the undersigned on **June 17, 2025 at 10:00 a.m.** The Court will advise the parties of the means by which the conference

will be held prior to that date. Clients with full and immediate settlement authority must attend for the duration. Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least three business days prior to the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than three business days in advance of the settlement conference.

                                              *s/ Leda Dunn Wettre*
                                              Hon. Leda Dunn Wettre
                                              United States Magistrate Judge